UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON SZYDLEK,

    Petitioner,

v.

SHAWN BREWER,

    Respondent.

_____/

Case No. 12-cv-14670
Hon. Matthew F. Leitman

## ORDER DENYING PETITIONER'S MOTION FOR RECONSIDERATION (ECF #56)

On April 19, 2016, Petitioner Jason Szydlek (the "Petitioner") filed a Motion for Reconsideration (the "Motion"). (ECF #56.) In the Motion, Petitioner requests that the Court reconsider its March 10, 2016 Opinion and Order (ECF #55) denying his Motion for Relief from Judgment (ECF #51). The Court has reviewed the Motion and concludes that Petitioner has not identified any palpable defect with the Court's March 10, 2016 Opinion and Order. *See* Local Rule 7.1(h)(3). Accordingly, **IT IS HEREBY ORDERED** that the Motion is **DENIED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: April 20, 2016

1

2

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 20, 2016, by electronic means and/or ordinary mail.

                                                  s/Holly A. Monda
                                                  Case Manager
                                                  (313) 234-5113